NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAMELBAK PRODUCTS, LLC**
**(SUCCESSOR-IN-INTEREST TO CAMELBAK PRODUCTS, INC.),**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-1420

---

Appeal from the United States Court of International Trade in case no. 05-CV-0249, Judge Delissa A. Ridgway.

---

**ON MOTION**

---

**ORDER**

The United States moves for an extension of time to file its response brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The United States shall file its brief by December 27, 2010.

FOR THE COURT

**DEC 0 3 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Arthur Purcell, Esq.
     Jason M. Kenner, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 3 2010

JAN HORBALY
CLERK